# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BARRY, | ) | CASE NO. 06-02559 JFW(SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JOHN F. SALAZAR, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

   DATED: 8/19/08

                                        /S/
                                   _____
                                   JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE